IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No:** |
| | ) | |
| | ) | **Judge:** |
| Plaintiff, | ) | |
| **vs.** | ) | |
| **KRYSTAL HOWARD** | ) | |
| **184 RUSTIC ST.** | ) | |
| **ROCHESTER, NY 14609** | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I.    JURISDICTION AND VENUE

1. This action to collect an indebtedness is brought by the United States of America on behalf of the Social Security Administration ('SSA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. Upon information and belief, Defendant Krystal Howard (hereinafter 'Ms. Howard') is an individual who maintains her primary residence within the jurisdiction of this Court, and may be served with process at 184 Rustic Street Rochester, NY 14609.

3. Following investigation, it was determined that Ms. Howard was overpaid social security benefits from April 2013 through April 2021 in the principal amount of $132,851.30. The

1

due and owing debt resulting from these overpayments was referred to the United States Department of Justice for enforced collection.

## II.    ACTION ON SOCIAL SECURITY ADMINISTRATION ACCOUNT

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On or around November 9, 2024, the SSA issued a Notice of Overpayment in which it details the social security benefits that Ms. Howard received. The overpayment totaled $132,851.30. A true and accurate copy of the Notice of Overpayment and Payment Worksheet is attached as **Exhibit A.**

6. The Payment Worksheet sets forth a breakdown of each overpayment received by Ms. Howard from 2013-2021, containing a developing balance that permits the calculation of the total balance due-$132,851.30. *See Payment Worksheet.*

7. The current principal balance due and owing based on the social security overpayments totals $132,851.30. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit B.**

8. Demand has been made upon Ms. Howard for payment of the indebtedness, and Ms. Howard has neglected and refused to pay the same.

2

9.  Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

10. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

**WHEREFORE,** Plaintiff, the United States of America, on behalf of the Social Security Administration, respectfully requests Judgment against Defendant Krystal Howard, and prays for relief as follows:

a.  Damages pursuant to the SSA overpayments in the principal amount of $132,851.30;

b.  Statutory post-judgment interest pursuant to 28 U.S.C. § 1961;

c.  An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2); and

d.  For such other relief as the Court deems just and proper

3

Date: June 22, 2026

Respectfully submitted,

By: */s/ Thomas L. Sooy, Esq.*
Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com

4

## VERIFICATION

STATE OF OHIO          )     ss:
COUNTY OF FRANKLIN   )

THOMAS L. SOOY, being duly sworn, deposes and says:

1.     I am an Attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York and have read the foregoing Complaint.

2.     The allegations of the Complaint are true, except those matters alleged on information and belief, and those matters I believe to be true. The grounds of my knowledge and the sources of my information and belief are records of the U.S. Small Business Administration and the U.S. Department of Treasury, Bureau of Fiscal Service, Disbursement and Debt Management.

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6852
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov

Subscribed and sworn to before me

this 22nd day of June, 2026.

Notary Public

WENDY K. WITCHER
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
October 28, 20__